HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
TROY FOSTER MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 13-CR-257 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME |
| v. | |
| TROY FOSTER MITCHELL, | Date: October 22, 2013 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Honorable Lawrence K. Karlton |

TROY FOSTER MITCHELL by and through his counsel, MATTHEW C. BOCKMON, Assistant Federal Defender, and SHERRY HAUS, Assistant United States Attorney, hereby agree that the status conference set for October 8, 2013, be continued to October 22, 2013, at 9:15 a.m.

This continuance is necessary because defense counsel will be in a scheduled trial (*US v. Stamper*, 11-407 KJM) which commences on October 7, 2013 and counsel needs additional time to consult with his client, review the current charges, review discovery, and discuss a potential resolution in this case with the government.

Counsel, along with the defendant, agree that the time from September 30, 2013 through October 22, 2013, should be excluded in computing the time within which the trial must commence under the Speedy Trial Act, §§3161(h)(7)(A) and (B)(iv) and Local Code T4,

[continuity of counsel] and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 30, 2013    HEATHER E. WILLIAMS
Federal Defender

/s/ Matthew C. Bockmon
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for TROY FOSTER MITCHELL

DATED: September 30, 2013    BENJAMIN B. WAGNER
United States Attorney

/s/ Matthew C. Bockmon for
SHERRY D. HARTEL HAUS
Assistant U.S. Attorney
Attorney for Plaintiff

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including October 22, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7)(A)and (B)(iv) and Local Code T4 (reasonable time for counsel to prepare). It is further ordered that the October 8, 2013 status conference shall be continued until October 22, 2013, at 9:15 a.m.

DATED: October 2, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT